IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM, | No. 2:20-CV-1682-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SANDAR AUNG, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to correct Defendant's name (ECF No. 4). Plaintiff states that defendant's name should be spelled "Sandar Aung", not "Sandar Bung." ECF No. 4, pg. 3. A review of the complaint and docket for this case reflects that Defendant is referred to as "Sandar Aung." Accordingly, Plaintiff's motion to correct Defendant's name is denied as unnecessary.

Dated: September 8, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1