IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILHELM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDAR AUNG, et al.,<br><br>　　　　Defendants. | No. 2:20-CV-01682-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly address the case.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated:  December 22, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1