IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| STEVE WILHELM, | No. 2:20-CV-01682-WBS-DMC-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SANDARD AUNG, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant's request, ECF No. 26, to opt-out of the settlement conference set before Magistrate Judge Jeremy D. Peterson on October 27, 2021. Defendant's request is construed as a motion and, so construed and good cause appearing therefor, the motion is granted. The settlement conference set before Judge Peterson on October 27, 2021, is vacated. Plaintiff may file an opposition to Defendant's motion for summary judgment within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: September 29, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1